IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MARTIN BISHOP,** on behalf of himself, and all other plaintiffs similarly situated, known and unknown,<br><br>Plaintiff,<br><br>v.<br><br>**BOTTLING GROUP, LLC**<br><br>Defendant. | **N<u>o.</u>** 19-cv-5995<br><br>**District Judge Wood**<br><br>Magistrate Judge Kim<br><br>***JURY DEMAND*** |

**STIPULATION OF DISMISSAL PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and 41(a)(1)(B), Plaintiff hereby stipulates to the dismissal of this case ***without prejudice***.

***Electronically Filed 12/19/19***

Martin Bishop, Plaintiff


By: /s/ John W. Billhorn
One of Plaintiff's Attorneys

John W. Billhorn
Samuel Engelson
Billhorn Law Firm
53 West Jackson Blvd., Suite 840
Chicago, IL 60604
(312) 853-1450 (t)